| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____ Chapter 11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Prime Capital Ventures, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  87-4340258

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| c/o Paul A. Levine, as Receiver<br>Lemery Greisler LLC<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>Number, Street, City, State & ZIP Code | c/o Paul A. Levine, as Receiver<br>Lemery Greisler LLC<br>677 Broadway, 8th Floor<br>Albany, NY 12207<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Albany<br>County | **Location of principal assets, if different from principal place of business**<br>c/o Lemery Greisler LLC<br>677 Broadway, 8th Floor Albany, NY 12207<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor __Prime Capital Ventures, LLC_____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

■ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5259_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | When | Case number |
|---|---|---|---|
| | U.S. Bankruptcy Court, Northern District of NY | 12/19/23 | 23-11302 |
| | | | |

| Debtor | Prime Capital Ventures, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   Prime Capital Ventures, LLC _____   Case number (*if known*) _____
      Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|---|---|---|---|
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Prime Capital Ventures, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 14, 2024
MM / DD / YYYY

**X** /s/ Paul A. Levine                           Paul A. Levine
Signature of authorized representative of debtor    Printed name

Title   Receiver

**18. Signature of attorney**

**X** /s/ Stephen A. Donato                         Date  May 14, 2024
Signature of attorney for debtor                                MM / DD / YYYY

Stephen A. Donato
Printed name

Bond, Schoeneck & King, PLLC
Firm name

One Lincoln Center
Syracuse, NY 13202
Number, Street, City, State & ZIP Code

Contact phone  (315) 218-8000      Email address  sdonato@bsk.com

101522 (NDNY) NY
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Prime Capital Ventures, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 14, 2024      **X** /s/ Paul A. Levine
                                                                  Signature of individual signing on behalf of debtor

                                                                  Paul A. Levine
                                                                  Printed name

                                                                  Receiver
                                                                  Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Prime Capital Ventures, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 135 Railroad, LLC<br>5900 Balcones Drive<br>Suite 100<br>Austin, TX 78731 | | | Contingent<br>Unliquidated<br>Disputed | | | $400,000.00 |
| 1800 Park Avenue LLC<br>1800 Park Avenue East<br>Renville, MN 56284 | | Money loaned | Contingent<br>Unliquidated<br>Disputed | | | $5,000,000.00 |
| 3D Lundy Ltd.<br>3 Clinton Square<br>Albany, NY 12207 | | | Contingent<br>Unliquidated<br>Disputed | | | $1,563,563.71 |
| 526 Murfreesboro, LLC<br>526 Murfreesboro Pike<br>Nashville, TN 37217 | | Money loaned | Contingent<br>Unliquidated<br>Disputed | | | $4,312,500.00 |
| B and R Acquisition Partners LLC<br>P.O. Box 1<br>Essex, MO 63846 | | Real property located at 600 Linkhorn Drive, Virgian Beach, VA 23451 | Contingent<br>Unliquidated<br>Disputed | $4,300,000.00 | $3,750,000.00 | $550,000.00 |
| Brightsmith Tulsa LLP<br>1821 N. Collins Avenue<br>Okmulgee, OK 74447 | | | Contingent<br>Unliquidated<br>Disputed | | | $80,000.00 |
| Camshaft CRE 1 LLC<br>16850 Collins Avenue #112408<br>Sunny Isles Beach, FL 33160 | | | Contingent<br>Unliquidated<br>Disputed | | | $12,400,000.00 |
| Caruso Home Builders, LLC<br>19 Railroad Place, Suite 201<br>Saratoga Springs, NY 12866 | | Money loaned | Contingent<br>Unliquidated<br>Disputed | | | $1,150,000.00 |

Debtor  **Prime Capital Ventures, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Compass-Charlotte 1031, LLC<br>631 Dickenson Avenue<br>Greenville, NC 27834 | | Money loaned | Contingent<br>Unliquidated<br>Disputed | | | $15,902,250.00 |
| ER Tennessee LLC<br>381 Park Avenue Suite 1101<br>New York, NY 10016 | | Money loaned | Contingent<br>Unliquidated<br>Disputed | | | $15,000,000.00 |
| HCW Biologics Inc.<br>3300 Corporate Way<br>Hollywood, FL 33025 | | | Contingent<br>Unliquidated<br>Disputed | | | $5,250,000.00 |
| Keeler Mercedes Benz<br>1111 Troy Schenectady Road<br>Latham, NY 12110 | | Repair services on 2023 Mercedes-Benz 3680Z4 | Contingent<br>Unliquidated<br>Disputed | | | $30,000.00 |
| Motos America Inc.<br>3131 W. 2210 S.<br>Salt Lake City, UT 84119 | | | Contingent<br>Unliquidated<br>Disputed | | | $3,000,000.00 |
| Newlight Technologies, Inc.<br>14382 Astronautics Drive<br>Huntington Beach, CA 92647 | | Money loaned | Contingent<br>Unliquidated<br>Disputed | | | $2,500,000.00 |
| Onward Holdings Ltd.<br>5152 N. Edgewood Drive, Suite 375<br>Provo, UT 84604 | | | Contingent<br>Unliquidated<br>Disputed | | | $4,000,000.00 |
| Robert Sturm<br>c/o Hinckley, Allen & Snyder LLP<br>30 South Pear Street, Suite 901<br>Albany, NY 12207 | | Breach of Contract claim | Contingent<br>Unliquidated<br>Disputed | | | $2,000,000.00 |
| Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071-1422 | | Services performed in connection with Community Gardens Development Line of Credit Facility | Contingent<br>Unliquidated<br>Disputed | | | $171,062.62 |
| Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071-1422 | | Services performed for General Loan Matters | Contingent<br>Unliquidated<br>Disputed | | | $8,446.29 |

Debtor  **Prime Capital Ventures, LLC**   Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The Wallick Family 2022 Trust P.O. 267 Okmulgee, OK 74447-0267 | | | Contingent Unliquidated Disputed | | | $175,000.00 |
| Truss Financial LLC 450 West Nyack Road, Suite 310 West Nyack, NY 10994 | | Money loaned | Contingent Unliquidated Disputed | | | $3,900,000.00 |

135 Railroad, LLC
5900 Balcones Drive
Suite 100
Austin, TX 78731


1800 Park Avenue LLC
1800 Park Avenue East
Renville, MN 56284


1800 Park Avenue LLC
c/o CHDB Law LLP
1400 E. Southern Avenue, Suite 400
Tempe, AZ 85282


3D Lundy Ltd.
3 Clinton Square
Albany, NY 12207


526 Murfreesboro, LLC
526 Murfreesboro Pike
Nashville, TN 37217


526 Murfreesboro, LLC
c/o Nolan Heller Kauffman LLP
80 State Street, 11th Floor
Albany, NY 12207


B and R Acquisition Partners LLC
P.O. Box 1
Essex, MO 63846


Barclay Damon LLP
125 E. Jefferson Street
Syracuse, NY 13202


Berone Capital Fund LP
c/o Certilman Balin
90 Merrick Avenue
East Meadow, NY 11554


Berone Capital Fund, LP
3595 Canton Road
Marietta, GA 30066

```
Brightsmith Tulsa LLP
1821 N. Collins Avenue
Okmulgee, OK 74447


CAC Realty LLC
3 Kelton Place
Manalapan, NJ 07726


Camshaft CRE 1 LLC
16850 Collins Avenue #112408
Sunny Isles Beach, FL 33160


Caruso Home Builders, LLC
19 Railroad Place, Suite 201
Saratoga Springs, NY 12866


Caruso Home Builders, LLC
c/o Harris Beach PLLC
677 Broadway, Suite 1101
Albany, NY 12207


CBL Investments LLC
CBL Center, Suite 500
2030 Hamilton Place Blvd.
Chattanooga, TN 37421


Compass-Charlotte 1031, LLC
631 Dickenson Avenue
Greenville, NC 27834


Compass-Charlotte 1031, LLC
c/o Nolan Heller Kauffman LLP
80 State Street, 11th Floor
Albany, NY 12207


Compass-Charlotte 1031, LLC
c/o Parker Poe
620 South Tyron Street, Suite 800
Charlotte, NC 28202


CoNextions Medical, Inc.
150 N Wright Brothers Drive
Suite 560
Salt Lake City, UT 84116
```

Cullen Dykman
One Battery Park Plaza, 34th Floor
New York, NY 10004


Eagle Rose Inc.
4500 Eldorado Parkway
Suite 1200
McKinney, TX 75070


ER Tennessee LLC
381 Park Avenue
Suite 1101
New York, NY 10016


ER Tennessee LLC
c/o Chapman and Cutler LLP
1270 Avenue of the Americas
New York, NY 10020


Federal Bureau of Investigation
200 McCarty Avenue
Albany, NY 12209


Girvin & Ferlazzo, PC
20 Corporate Woods Boulevard
Albany, NY 12211


Goose Creek Apartments
900 Channing Way
Goose Creek, SC 29445


HCW Biologics Inc.
3300 Corporate Way
Hollywood, FL 33025


Hogan Lovells
390 Madison Avenue
New York, NY 10017


Hudson & Hudson LLC
206 West College Street, Suite 12
Carbondale, IL 62901

```
Indigo Pharmaceutical LLC
270 South Martin Luther King Blvd.
Las Vegas, NV 89106


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


JHM Lending Ventures LLC
4529 Wayland Drive
Nashville, TN 37215


JHM Lending Ventures LLC
c/o Spotts Fain PC
411 East Franklin Street., Suite 600
Richmond, VA 23219


JHM Lending Ventures, LLC
1457 Medinah Lane
Murrells Inlet, SC 29576


Keeler Mercedes Benz
1111 Troy Schenectady Road
Latham, NY 12110


Ketan Masters
2601 Oates Lane
Arlington, TX 76006-2696


Lofts Phases 2 & 3 LLC
Attn: Joel H. Farkas
9033 East Easter Place, Suite 112
Centennial, CO 80112


Motos America Inc.
3131 W. 2210 S.
Salt Lake City, UT 84119


New York State Dept. of Taxation & Finan
P.O. Box 5300
Albany, NY 12205


Newlight Technologies, Inc.
14382 Astronautics Drive
Huntington Beach, CA 92647
```

Newlight Technologies, Inc.
c/o Nolan Heller Kauffman LLP
80 State Street, 11th Floor
Albany, NY 12207


Onward Holdings Ltd.
5152 N. Edgewood Drive, Suite 375
Provo, UT 84604


Paul A. Levine, Esq., as Receiver
Lemery Greisler
677 Broadway, 8th Floor
Albany, NY 12207


Piper Capital Funding LLC
95 Fairway Drive
Harrisburg, IL 62946


Redeem - 18 S Main LLC
1779 Wells Branch Parkway
Suite 110B-371
Austin, TX 78728


Redeem - Temple Courtyard LLC
1779 Wells Branch Parkway
Suite 110B-371
Austin, TX 78728


Robert Sturm
c/o Hinckley, Allen & Snyder LLP
30 South Pear Street, Suite 901
Albany, NY 12207


Sage Estates Malta, LLC
19 Railroad Place, Suite 201
Saratoga Springs, NY 12866


Scott and Mary Lee Wallick
1800 N. Collins Avenue
Okmulgee, OK 74447


Seyburn Law PLLC
7475 Franklin Road
Bloomfield Hills, MI 48301

```
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422


Solray Inc.
345 Highway 9 South
Suite 388
Manalapan, NJ 07726


SP Harbor QOZB LP
550 West B Street, 4th Floor
San Diego, CA 92101


Starsight IO, Inc.
4425 Fortran Drive, Suite F
San Jose, CA 95134


Terry Luker
133 Holiday Court #207
Franklin, TN 37067


The Pecora LLC
199 Lee Avenue $745
Brooklyn, NY 11211


The Wallick Family 2022 Trust
P.O. 267
Okmulgee, OK 74447-0267


Truss Financial LLC
450 West Nyack Road, Suite 310
West Nyack, NY 10994


Truss Financial LLC
c/o Ainsworth Gorkin PLLC
111 John Street, Suite 1210
New York, NY 10038


Watermark Capital Group
185 Marcy Avenue
Brooklyn, NY 11211
```

```
White and Williams LLP
Attn: Jon T. Powers, Esq.
7 Times Square, Suite 2900
New York, NY 10036
```