**EXHIBIT "B"**

Case 24-10531-1-rel   Doc 5-2   Filed 05/14/24   Entered 05/14/24 17:06:33   Desc
Exhibit B - Summary of ICA Deposits    Page 2 of 3

Case 1:24-cv-00055-MAD-CFH   Document 173-1   Filed 04/18/24   Page 12 of 84

1OF2

SCHEDULE 1
SUMMARY OF ICA DEPOSITS FROM THIRD-PARTY BORROWERS
SOURCE: EXECUTED VERIFIED THIRD PARTY COMPLAINT AND PCV WIRES FROM FARMERS BANK ACCOUNT x5665

| THIRD PARTY BORROWER | | ICA DEPOSIT DATE | ORIGINAL LOAN AMOUNT | ICA DEPOSIT AMOUNT | DATE OF WIRE TO BORROWERS | AMOUNT RETURNED TO THIRD PARTY BORROWER | UNACCOUNTED FOR ICA DEPOSIT AMOUNT |
|---|---|---|---|---|---|---|---|
| ONWARD PARTNERS LLC | [1] | 09/22/22 | $ 107,000,000.00 | $ 20,000,000.00 | | $ 16,000,000.00 | $ 4,000,000.00 |
| B&R ACQUISITION PARTNERS | [2] | 11/30/22 | 22,575,000.00 | 4,300,000.00 | | | 4,300,000.00 |
| 526 MULFREESBORO LLC | [3] | 04/07/23 | 18,112,500.00 | 4,312,500.00 | | | 4,312,500.00 |
| HCW BIOLOGICS INC | [4] | 04/21/23 | 26,250,000.00 | 5,250,000.00 | | | 5,250,000.00 |
| COMPASS - CHARLOTTE | [5] | 04/27/23 | 79,511,250.00 | 15,902,250.00 | | | 15,902,250.00 |
| CAMSHAFT CRE 1 LLC | [6] | 05/12/23 | | 13,400,000.00 | | 1,000,000.00 | 12,400,000.00 |
| NEWLIGHT TECHNOLOGIES INC | [7] | 05/23/23 | 13,125,000.00 | 2,500,000.00 | | | 2,500,000.00 |
| ER TENNESSEE LLC | [8] | 08/25/23 | 46,350,000.00 | 15,000,000.00 | | | 15,000,000.00 |
| MOTOS AMERICA INC | [9] | 09/21/23 | 15,000,000.00 | 3,000,000.00 | | | 3,000,000.00 |
| LOFTS PHASES 2 & 3 LLC - PARAGON | [10] | | | 2,369,400.00 | 09/26/23 | 2,369,400.00 | |
| REDEEM - 18 S MAIN LLC - LION GROUP | [10] | | | 800,000.00 | 09/26/23 | 800,000.00 | |
| SEYBURN LAW PLLC - HERITAGE | [10] | | | 333,333.33 | 09/26/23 | 333,333.33 | |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | [10] | | | 108,678.23 | 10/04/23 | 108,678.23 | |
| BRIGHTSMITH TULSA LLP | [10] | | | 120,766.27 | 10/04/23 | 40,766.27 | 80,000.00 |
| THE WALLICK FAMILY 2022 TRUST | [10] | | | 175,000.00 | | | 175,000.00 |
| 3D LUNDY LTD - CARUSO BUILDERS | [10] | | | 1,563,563.71 | | | 1,563,563.71 |
| CARUSO HOME BUILDERS LLC - CARUSO BUILDERS | [10] | | | 1,150,000.00 | | | 1,150,000.00 |
| SOUTH LAND TITLE LLC ESCROW ACCT - 135 RAILROAD | [10] | | | 400,000.00 | | | 400,000.00 |
| BARCLAY DAMON LL TRUST ACCOUNT - BARCLAY DAMON LLP | [10] | | | 2,000,000.00 | 09/26/23 | 2,000,000.00 | |
| KETAN MASTERS | [10] | | | 600,000.00 | 09/26/23 | 600,000.00 | |
| REDEEM TEMPLE COURTYARD LLC | [10] | | | 200,000.00 | 09/26/23 | 200,000.00 | |
| BARCLAY DAMON LL TRUST ACCOUNT - BARCLAY DAMON LLP | [10] | | | 600,000.00 | 09/27/23 | 600,000.00 | |
| CHRISTOPHER B LOWE - CBL INVESTMENTS LLC | [10] | | | 80,000.00 | 10/04/23 | 80,000.00 | - |
| SCOTT S WALLICK & MARY LEE WALLICK | [10] | | | 175,000.00 | 10/04/23 | 175,000.00 | |
| 1800 PARK AVENUE LLC | [11] | 12/22/23 | 98,905,467.00 | 5,000,000.00 | | | 5,000,000.00 |
| | | | 426,829,217.00 | 99,340,491.54 | | $ 24,307,177.83 | $ 75,033,313.71 |

FOOTNOTES:
(A) THE AMOUNT OF UNACCOUNTED FOR ICA DEPOSITS FROM THE COMPLAINT IS $63,364,750. THERE IS A DIFFERENCE OF $8,300,000.

(1) ONWARD PARTNERS ENTERED INTO A BUSINESS EXPANSION LINE OF CREDIT IN THE AMOUNT OF $107,000,000 AND REQUIRED ONWARD ESTABLISH AN ICA (INTEREST CREDIT ACCOUNT) WITH A WIRE PAYMENT OF $20,000,000. A COMPLAINT WAS LATER FILED AGAINST PRIME FOR FAILURE TO MAKE FIRST ADVANCE. ONWARD WAS ABLE TO GET PRIME TO REFUND $16,000,000, BUT THERE IS AN OUTSTANDING BALANCE OF $4,000,000.
(2) B&R HAS ALLEGED THAT IT MADE A $4,300,000 ICA PAYMENT ON NOVEMBER 30, 2022 FOR A PURPORTED $22,575,000 LOAN, BUT THE LOAN WAS NEVER MADE AND THE DEPOSIT NEVER RETURNED.
(3) MURFREESBORO ENTERED INTO A DEVELOPMENT LINE OF CREDIT IN THE MAX AMOUNT OF $18,112,500 AND REQUIRED MURFREESBORO TO CREATE AN ICA BY DEPOSITING $4,312,500 INTO PRIME'S ACCOUNT.

Case 24-10531-1-rel    Doc 5-2    Filed 05/14/24    Entered 05/14/24 17:06:33    Desc
Exhibit B - Summary of ICA Deposits    Page 3 of 3

Case 1:24-cv-00055-MAD-CFH    Document 173-1    Filed 04/18/24    Page 13 of 84

**SUMMARY OF ICA DEPOSITS FROM THIRD-PARTY BORROWERS**

SOURCE: EXECUTED VERIFIED THIRD PARTY COMPLAINT AND PCV WIRES FROM FARMERS BANK ACCOUNT x5665

PRIME HAS NOT FUNDED THE LOAN OR RETURNED THEIR ICA DEPOSIT.

(4) HCW BIOLOGICS ENTERED INTO A DEVELOPMENT LINE OF CREDIT IN THE PRINCIPAL AMOUNT OF $26,250,000 AND REQUIRED HCW TO WIRE PRIME $5,250,000 TO SERVE AS A DEPOSIT. PRIME HAS NOT FUNDED THE LOAN OR RETURNED THEIR ICA DEPOSIT.

(5) COMPASS – CHARLOTTE ENTERED INTO A DEVELOPMENT LINE OF CREDIT IN THE PRINCIPAL AMOUNT OF $79,511,250. COMPASS PAID $15,902,250 TO PRIME AS AN ICA PAYMENT. PRIME HAS NOT FUNDED THE LOAN OR RETURNED THEIR ICA DEPOSIT.

(6) CAMSHAFT MA.E AN ICA PAYMENT IN THE AMOUNT OF $13,400,000 AND PRIME FAILED TO RETURN THE DEPOSIT. PRIME ALLEGEDLY PAID $1,000,000 BACK TO CAMSHAFT IN RESPONSE TO THE ISSUANCE OF FINAL JUDGMENT AND STILL OWES CAMSHAFT $12,400,000.

(7) NEWLIGHT TECHNOLOGIES ENTERED INTO A LINE OF CREDIT IN THE PRINCIPAL AMOUNT OF $13,125,000. NEWLIGHT WIRED $2,500,000 TO PRIME AS PER THEIR AGREEMENT. PRIME HAS NOT FUNDED THE LOAN OR RETURNED THEIR ICA DEPOSIT.

(8) ER TENNESSEE ENTERED INTO A LINE OF CREDIT IN THE PRINCIPAL AMOUNT OF $46,350,000. ER MADE AN ADVANCE OF $15,000,000 TO PRIME IN FURTHERANCE OF THE BUINESS EXPANSION LINE OF CREDIT. PRIME HAS NOT FUNDED THE LOAN OR RETURNED THEIR ICA DEPOSIT.

(9) MOTOS AMERICA INC ENTERED INTO A REVOLVING BUSINESS EXPANSION LINE OF CREDIT IN THE PRINCIPAL AMOUNT OF $15,000,000. MOTOS MADE AN ICA DEPOSIT OF $3,000,000 TO PRIME. PRIME HAS NOT FUNDED THE LOAN OR RETURNED THEIR ICA DEPOSIT.

(10) THE PCV WIRE INFORMATION WAS PROVIDED FROM THE FARMERS BANK ACCOUNT INFORMATION

(11) 1800 PARK AVENUE ENTERED INTO A CONSTRUCTION LOAN LINE OF CREDIT IN THE PRINCIPAL AMOUNT OF $98,905,467. 1800 PARK WIRED $5,000,000 TO KEYBANK ACCOUNT PROVIDED BY KIMMY HUMPHREY. PRIME HAS NOT FUNDED THE LOAN OR RETURNED THEIR ICA DEPOSIT.