**EXHIBIT "C"**

Case 24-10531-1-rel    Doc 5-3    Filed 05/14/24    Entered 05/14/24 17:06:33    Desc
Exhibit C - Summary of Potential ICA Deposits    Page 2 of 3

Case 1:24-cv-00055-MAD-CFH    Document 173-1    Filed 04/18/24    Page 14 of 84

1 OF 2

SCHEDULE 2
SUMMARY OF POTENTIAL ADDITIONAL ICA DEPOSITS FROM REVIEW OF BANK STATEMENTS
SOURCE: BANK STATEMENTS [A]

| POTENTIAL THIRD PARTY BORROWER | ICA DEPOSIT DATE | BANK | ACCOUNT # | ICA DEPOSIT AMOUNT | ADDITIONAL INFORMATION IF AVAILABLE ||||  AMOUNT RETURNED TO THIRD PARTY BORROWER |
|---|---|---|---|---|---|---|---|---|
| | | | | | DATE OF WIRE TO BORROWERS | BORROWER BANK | BORROWER ACCOUNT # | |
| ICA TRUST PAYMENT PER EVE PARK LONDON DEVELOPMENT CREDIT AGREEEMENT | | | | | | | | |
| Refers to S2E Technologies Inc as payor | 10/18/22 | CITI | | $ 5,999,975.00 | | | | $ - |
| S2E TECHNOLOGIES | 08/11/22 | KEYBANK | | 24,980.00 | | | | |
| EVE PARK LONDON | | CITI | | | 04/17/23 | BANK OF NOVA SCOTIA | | 2,000,000.00 |
| EVEPARK LONDON | | CITI | | | 05/02/23 | BANK OF NOVA SCOTIA | | 4,000,000.00 |
| ICA DEPOSIT - ALWAYS THERE TRANSPORT CORP | 10/24/22 | CITI | | 2,600,000.00 | | | | |
| ALWAYS THERE TRANSPORT CORP | 09/19/22 | KEYBANK | | 25,000.00 | | | | |
| ALWAYS THERE TRANSPORT CORP | | KEYBANK | | | 11/03/23 | | | 1,900,000.00 |
| ALWAYS THERE TRANSPORT CORP | | KEYBANK | | | 11/13/23 | | | 25,000.00 |
| ALWAYS THERE TRANSPORT CORP | | KEYBANK | | | 11/17/23 | | | 700,000.00 |
| ICA FOR PR TZEDEK | | | | | | | | |
| refers to Truss Financial LLC as payor | 10/26/22 | CITI | | 1,950,000.00 | | | | |
| PRI TZEDEK LLC | 08/17/22 | KEYBANK | | 25,000.00 | | | | |
| ICA FOR PRESETON MEADOWS TEXAS | | | | | | | | |
| refers to Truss Financial LLC as payor | 10/26/22 | CITI | | 1,950,000.00 | | | | |
| PRESTON MEADOWS | 08/17/22 | KEYBANK | | 25,000.00 | | | | |
| TRUSS FINANCIAL LLC | 11/09/22 | CITI | | 90,000.00 | | | | |
| TRUSS FINANCIAL LLC | 12/05/22 | CITI | | 2,500,000.00 | | | | |
| TRUSS FINANCIAL LLLC | | CITI | | | 05/25/23 | FLAGSTAR BANK | | 6,500,000.00 |
| TRUSS FINANCIAL | 07/22/22 | KEYBANK | | 2,000,000.00 | | | | |
| TRUSS FINANCIAL | 05/31/23 | KEYBANK | | | | | | 3,000,000.00 |
| TRUSS FINANCIAL | 06/02/23 | KEYBANK | | | | | | 225,000.00 |
| SEYBURN LAW PLLC [1] | | CITI | | | 05/22/23 | JPMORGAN CHASE | | 1,200,000.00 |
| SEYBURN LAW PLLC | | KEYBANK | | | 07/05/23 | | | 333,333.34 |
| SK LAW GROUP PLLC - HERITAGE FARM LOAN [2] | 12/23/22 | CITI | | 2,400,000.00 | | | | |
| SK LAW GROUP LLC | | KEYBANK | | | 08/11/23 | | | 333,333.33 |
| SK LAW GROUP LLC | | KEYBANK | | | 10/10/23 | | | 333,333.33 |
| PARTIAL ICA FUNDS FOR 18 S MAIN STREET PROPERTY - THE LION GROUP DFW LLC [3] | 01/12/23 | CITI | | 1,000,000.00 | | | | |
| ARDENT ACQUISITION | 06/23/23 | KEYBANK | | 250,000.00 | | | | |
| ARDENT ACQUISITION | 08/25/23 | KEYBANK | | 200,000.00 | | | | |
| ARDENT ACQUISITION | 08/25/23 | KEYBANK | | 300,000.00 | | | | |
| ARDENT ACQUISITION | 09/08/23 | KEYBANK | | 100,000.00 | | | | |
| ARDENT ACQUISITION | 09/08/23 | KEYBANK | | 150,000.00 | | | | |
| ARX ACCURATE RX | 05/13/22 | KEYBANK | | 20,000.00 | | | | |
| ARX ACCURATE RX | 06/03/22 | KEYBANK | | 1,000,000.00 | | | | |
| BLOACK, LONGO, LAMARCA & BRZEZINSKI | 02/16/23 | CITI | | 2,100,000.00 | | | | |
| CHARLES W SHOFNER - TJM PROPERTIES | 11/14/22 | CITI | | 5,000,000.00 | | | | |
| CJJ TRADING LLC | 12/02/22 | CITI | | 7,000,000.00 | | | | |
| CJJ TRADING LLC | | KEYBANK | | | 08/30/22 | | | 3,048,750.00 |
| CMTH DEVELOPMENT | 09/20/22 | KEYBANK | | 15,000.00 | | | | |
| CMTH DEVELOPMENT | 12/20/22 | CITI | | 1,541,000.00 | | | | |
| CMTH DEVELOPMENT | 12/20/22 | CITI | | 1,000,000.00 | | | | |
| CMTH DEVELOPMENT | | KEYBANK | | | 08/02/23 | | | 20,000.00 |
| FIELDPOINT EQUITY INFRASTRUCTURE | 11/29/22 | CITI | | 800,030.00 | | | | |
| FIELDPOINT EQUITY LLC | 11/30/22 | CITI | | 299,850.00 | | | | |

Case 24-10531-1-rel    Doc 5-3    Filed 05/14/24    Entered 05/14/24 17:06:33    Desc
Exhibit C Summary of Potential ICA Deposits    Page 3 of 3

Case 1:24-cv-00055-MAD-CFH    Document 173-1    Filed 04/18/24    Page 15 of 84

2 OF 2

| POTENTIAL THIRD PARTY BORROWER | ICA DEPOSIT DATE | BANK | ACCOUNT # | ICA DEPOSIT AMOUNT | DATE OF WIRE TO BORROWERS | BORROWER BANK | BORROWER ACCOUNT # | AMOUNT RETURNED TO THIRD PARTY BORROWER |
|---|---|---|---|---|---|---|---|---|
| GARRET B WALES - BUSINESS INVESTMENT | 12/01/22 | CITI | | 1,000,000.00 | | | | |
| HOWARD LLC | 03/21/23 | CITI | | 1,700,000.00 | | | | 1,700,000.00 |
| HOWARD LLC | | CITI | | | 05/03/23 | BUSINESS FIRST BANK | | |
| HUDSON & HUDSON LLC | 03/06/23 | CITI | | 1,000,000.00 | | | | |
| HUDSON AND HUDSON | | KEYBANK | | | 11/27/23 | | | 10,000.00 |
| JHM LENDING VENTURES LLC | 11/30/22 | CITI | | 2,200,000.00 | | | | |
| LABORE ET HONORE LLC | 09/22/22 | CITI | | 1,508,888.30 | | | | |
| LAKE EDGES INVESTMENTS | 07/26/22 | KEYBANK | | 25,000.00 | | | | |
| LAKES EDGE DEVELOPMENT GROUP LLC | 10/13/22 | CITI | | 3,000,000.00 | | | | 3,000,000.00 |
| LAKES EDGE DEVELOPMENT GROUP LLC | | | | | | | | |
| MY T PHAM - LOAN CLOSING | 01/31/23 | CITI | | 1,526,000.00 | 04/07/23 | WOODLANDS BANK | | |
| ONWARD HOLDINGS LLC | (4) | CITI | | | 12/12/22 | WELLS FARGO | | 3,000,000.00 |
| ONWARD HOLDINGS LLC | | CITI | | | 04/17/23 | WELLS FARGO | | 2,000,000.00 |
| PIPER CAPITAL FU... | 05/31/23 | KEYBANK | | 600,000.00 | | | | |
| PIPER CAPITAL FU... | 05/31/23 | KEYBANK | | 5,000,000.00 | | | | |
| PIPER CAPITAL FU... | 05/31/23 | KEYBANK | | 5,000,000.00 | | | | |
| PIPER CAPITAL FU... | 08/04/23 | KEYBANK | | 1,000,000.00 | | | | |
| PIPER CAPITAL FU... | 08/11/23 | KEYBANK | | 350,000.00 | | | | |
| PIPER CAPITAL FU... | 08/11/23 | KEYBANK | | 500,000.00 | | | | |
| PIPER CAPITAL FU... | 08/11/23 | KEYBANK | | 500,000.00 | | | | |
| SP ALPHA OPPORTUNITIES | 11/07/23 | KEYBANK | | 1,500,000.00 | | | | |
| SP HARBOR QOZB L... | 05/16/23 | KEYBANK | | 40,000.00 | | | | |
| SP HARBOR QOZB L... | 10/05/23 | KEYBANK | | 2,500,000.00 | | | | |
| SQRL HOLDINGS | 06/14/23 | KEYBANK | | 40,000.00 | | | | |
| SQRL HOLDINGS | 10/18/23 | KEYBANK | | 4,462,500.00 | | | | |
| SRA-CH RICHLAND II LLC | 01/06/23 | CITI | | 3,000,000.00 | | | | |
| WAYNAR SCHMIDT - BRIDGE LOAN FOR ANVIL MECHANICAL INC | 12/14/22 | CITI | | 2,000,000.00 | | | | |
| WIRE TRANSFER - RETURNING YOUR : | 12/09/22 | CITI | | 2,344,409.00 | | | | |
| ZELLER INVESTMENT LLC | 03/22/23 | CITI | | 2,500,000.00 | | | | |
| | | | | 83,662,632.30 | | | | $ 33,328,749.66 |

FOOTNOTES:
(A) PRIME VENTURE CAPITAL CITI x6945 (9/2022 - 12/2023), KEYBANK x2233 (3/1/2022 - 12/31/2023)
(1) THE SEYBURN LAW PLLC - HERITAGE IS IDENTIFIED IN THE PCV WIRES FROM FARMERS BANK ACCOUNT AS A THIRD PARTY BORROWER, HOWEVER THE AMOUNT WAS $333,333.33.
(2) THE SEYBURN LAW PLLC - HERITAGE IS IDENTIFIED IN THE PCV WIRES FROM FARMERS BANK ACCOUNT AS A THIRD PARTY BORROWER, THERE IS AN ENTRY IN THE CITIBANK STATEMENT FOR SK LAW GROUP PLLC - HERITAGE FARM LOAN.
(3) THE LION GROUP DFW LLC IS IDENTIFIED IN THE COMPLAINT, HOWEVER THE AMOUNT ON THE COMPLAINT WAS $800,000.
(4) THIS MIGHT BE RELATED TO ONWARD PARTNERS.