UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

PRIME CAPITAL VENTURES, LLC

Debtor.

Chapter 7

Case No. 24-10531

**NOTICE OF APPEARANCE AND DEMAND
FOR NOTICES AND SERVICE OF PAPERS**

**TAKE NOTICE THAT**, pursuant to Rules 2001, 9007 and 9010(b) of the Bankruptcy Rules, the undersigned requests on behalf of Christian H. Dribusch, Chapter 7 Trustee to the bankruptcy estate of Kris Daniel Roglieri, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon Christian H. Dribusch, Esq., 187 Wolf Road, Albany, NY 12205 (cdribusch@chd-law.com)

**TAKE FURTHER NOTICE THAT**, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests, petitions, disclosure statements, answering or reply papers, memoranda and briefs and plan in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

**TAKE FURTHER NOTICE THAT**, the undersigned hereby respectfully demands that the name and address set forth herein be added to the mailing matrix in this case.

Dated: May 16, 2024

/s/ Christian H. Dribusch
Christian H. Dribusch, Esq.
cdribusch@chd-law.com