# United States Bankruptcy Court
## Northern District of New York
## All Divisions

### This Form Is To Be Used For Motion[1] Calendar Only.

Case Name: Prime Capital Ventures, LLC

Case No.: 24-10531

Division: Albany

Adversary Proceeding No. (if applicable):

☒ Adjournment Request[2] for Hearing on Motion at Docket No.: _____48_____

    Reason for Adjournment Request: Consent of Parties

    Original Return Date of Motion: June 26, 2024

    Number of prior adjournment request that have been made __0__

☐ Notification of Withdrawal of ☐ Motion; ☐ Opposition/Response; ☐ Other: _____
    at Docket No.: _____

☐ Notification of Settlement of Motion at Docket No.: _____

Date of Hearing: June 26, 2024

Requested Adjourned Hearing Date: July 10, 2024 at 10:30 a.m.

Requesting Attorney's Name, Office Address, Phone and Email Address:
    Stephen A. Donato, Esq.
    Bond, Schoeneck & King, PLLC
    One Lincoln Center
    Syracuse, NY 13202     sdonato@bsk.com     (315) 218-8000

Consent of All Parties Obtained?     ☒ Yes ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc: Lisa Penpraze; Christopher M. Desiderio; Paul A. Levine
### This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior to the Hearing. When E-Filing, This Form Must Be Linked to the Motion to Which the Request/Notification Pertains.

---

[1] The form to be used for confirmation calendar related matters is available on the Court's website.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(10/12/2023)