UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | )<br>)<br>) Case No. 24-10531 (REL) |
| PRIME CAPITAL VENTURES, LLC, | )<br>)<br>) Chapter 11 |
| Debtor. | )<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2024, I electronically filed the *Notice of Motion for Entry of an Order Directing Turnover of Property of the Debtor's Estate*, together with supporting *Motion* with the Court using the CM/ECF System, which sent notification of such filing to the following individuals:

Christopher M. Desiderio, Esq. – cdesiderio@nixonpeabody.com
Christian H. Dribusch, Esq. – cdribusch@chd-law.com
Will Esser, Esq. – willesser@parkerpoe.com
Michael P. Everman, Esq. – peverman@balch.com
Elliot A. Hallak, Esq. – ehallak@harrisbeach.com
Matthew F. Kye, Esq. – mkye@kyelaw.com
Paul A. Levine, Esq. – plevine@lemerygreisler.com
Joseph Lombardo, Esq. – lombardo@chapman.com
Matthew W. McDade, Esq. – mmcdade@balch.com
Chad P. Miesen, Esq. – chad.miesen@chdblaw.com
Jon T. Powers, Esq. – powerst@whiteandwilliams.com
Brian D. Roy, Esq. – broy@harrisbeach.com
U.S. Trustee – USTPRegion02.AL.ECF@usdoj.gov
Pieter H.B. Van Tol, Esq. – pieter.vantol@hoganlovells.com

And I hereby certify that I caused to be mailed, using the United States Postal Service in the State of New York, copies of the *Notice of Motion* and *Motion* to the individuals on the annexed service list.

                                                           /s/ Kristin M. Doner
                                                           Kristin M. Doner

18004317.v1

| | |
|---|---|
| Jon T. Powers, Esq.<br>White and Williams LLP<br>*Attorneys for Piper Capital Funding LLC*<br>7 Times Square, Suite 2900<br>New York, NY 10036 | Lisa Penpraze, Esq.<br>Office of the U.S. Trustee<br>Leo W. O'Brien Federal Building<br>11A Clinton Avenue, Roome 620<br>Albany, NY 12207 |
| NYS Department of Taxation & Finance<br>Attn: Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205 | New York State Dept. of Taxation & Finance<br>ATTN: Office of Counsel<br>90 Cohoes Avenue<br>Troy, NY 12183 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Letitia James<br>Attorney General of the State of New York<br>Office of the New York State Attorney General<br>The Capitol<br>Albany, NY 12224-0341 |
| M&T Bank<br>80 State Street<br>Albany, NY 12207 | Federal Bureau of Investigation<br>200 McCarty Avenue<br>Albany, NY 12209 |
| Kimberly Patricia Owen (a/k/a Kimberly Humphrey)<br>600 Linkhorn Drive<br>Virginia Beach, VA 23451 | |
| 135 Railroad, LLC<br>5900 Balcones Drive<br>Suite 100<br>Austin, TX 78731 | 1800 Park Avenue LLC<br>1800 Park Avenue East<br>Renville, MN 56284 |

2

18004317.v1

3D Lundy Ltd.
3 Clinton Square
Albany, NY 12207

526 Murfreesboro, LLC
526 Murfreesboro Pike
Nashville, TN 37217

B & R Acquisition Partners LLC
P.O. Box 1
Essex, MO 63846

Brightsmith Tulsa LLP
1821 N. Collins Avenue
Okmulgee, OK 74447

Camshaft CRE 1LLC
16850 Collins Avenue #112408
Sunny Isles Beach, FL 33160

Caruso Home Builders, LLC
19 Railroad Place, Suite 201
Saratoga Springs, NY 12866

Compass-Charlotte 1031, LLC
631 Dickenson Avenue
Greenville, NC 27834

ER Tennessee LLC
381 Park Avenue
Suite 1101
New York, NY 10016

HCW Biologics, Inc.
3300 Corporate Way
Hollywood, FL 33025

Keeler Mercedes Benz
1111 Troy Schenectady Road
Latham, NY 12110

Motos America Inc.
3131 W. 2210 S.
Salt Lake City, UT 84119

Newlight Technologies, Inc.
14382 Astronautics Drive
Huntington Beach, CA 92647

| | |
|---|---|
| Onward Holdings Ltd.<br>5152 N. Edgewood Drive, Suite 375<br>Provo, UT 84604 | Robert Sturm<br>c/o Hinckley, Allen & Snyder LLP<br>30 South Pear Street, Suite 901<br>Albany, NY 12207 |
| Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071-1422 | The Wallick Family 2022 Trust<br>P.O. 267<br>Okmulgee, OK 74447-0267 |
| Truss Financial LLP<br>450 West Nyack Road, Suite 310<br>West Nyack, NY 10994 | |

18004317.v1