# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
Cynthia A. Platt- Clerk

| ALBANY DIVISION | SYRACUSE DIVISION | UTICA DIVISION |
|---|---|---|
| JAMES T. FOLEY COURTHOUSE | JAMES M. HANLEY FEDERAL BUILDING | ALEXANDER PIRNIE FEDERAL BUILDING |
| 445 BROADWAY, SUITE 330 | 100 S. CLINTON ST., ROOM 315 | 10 BROAD ST, ROOM 230 |
| ALBANY, NEW YORK 12207 | P.O. BOX 7008 | UTICA NEW YORK 13501 |
| (518) 257-1661 | SYRACUSE, NY 13261-7008 | (315) 793-8101 |
| Fax:(518) 257-1650 | (315) 295-1600 | Fax:(315) 793-8128 |
|  | Fax (315) 295-1655 |  |

**REPLY: Syracuse**

Date:   July 30, 2024

To:     M. Patrick Everman, Esq.; Matthew W. McDade, Esq. on
        behalf of B and R Acquisition Partners, LLC and JHM
        Lending Ventures, LLC

        Pieter H.B. Van Tol, III, Esq.
        Former Attorney for Prime Capital Ventures, LLC

        Jon T. Powers, Esq. on behalf of
        Piper Capital Funding, LLC

        Joseph P. Lombardo, Esq. on behalf of
        ER Tennessee LLC

        Lisa M. Penpraze, Esq. on behalf of
        the Office of the United States Trustee

Re:     Clerk's Service of Notice of Appeal and Transmission to United States Trustee pursuant to
        Fed.R. Bankr. P. 8003(c)(1)

Attached for service upon you is the Notice of Appeal filed on July 29, 2024, in the case of Prime Capital Ventures, LLC; Case Number 24-10531.

                                        Cynthia A. Platt
                                        Clerk of Court

                                        By: Nicole Smith
                                            Deputy Clerk