UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

PRIME CAPITAL VENTURES, LLC,

                        Debtor.

Case No. 24-10531 (REL)
Chapter 11

---

PAUL A. LEVINE, as the permanent receiver of
Prime Capital Ventures, LLC, CHRISTIAN H.
DRIBUSCH, as the Chapter 7 trustee of Kris
Daniel Roglieri, and COMPASS-CHARLOTTE
1031, LLC

                        Appellants,

v.

B AND R ACQUISITION PARTNERS, LLC and
JHM LENDING VENTURES, LLC,

                        Appellees.

Civil Case No. 24-cv-00939-(MAD)

## APPELLANTS' AMENDED STATEMENT OF THE ISSUES PRESENTED AND DESIGNATION OF RECORD ON APPEAL FROM BANKRUPTCY COURT

Prime Capital Ventures, LLC (the "Debtor" or "Prime"), successor in interest to Paul A. Levine, the permanent receiver (the "Receiver") of Prime appointed by Order dated January 24, 2024 of Judge Mae A. D'Agostino of the United States District Court for the Northern District of New York, Christian H. Dribusch, the Chapter 7 trustee (the "Trustee") of Kris Daniel Roglieri ("Roglieri"), and Compass-Charlotte 1031, LLC ("Compass", and collectively with Prime and the Trustee, the "Appellants")[1], by and through their respective undersigned counsel, hereby respectfully submit this amended statement of the issues to be presented and designation

---

[1] On September 16, 2024, the Trustee, acting as the manager of Prime, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of New York (the "Bankruptcy Court") for Prime. *See* Docket No. 1 in Case No. 24-11029 (REL). As a result, the Receiver is no longer a party to the instant appeal.

of items to be included in the record, in connection with their appeal of the Memorandum Decision and Order entered by the United States Bankruptcy Court for the Northern District of New York in the captioned case on July 23, 2024, which dismissed Prime's bankruptcy case under Case No. 24-10531 (REL) [Bankruptcy Docket No. 85] (the "Dismissal Order"). The Appellants have noticed their appeal of the Dismissal Order and the appeal has been assigned to the United States District Court for the Northern District of New York under index number 24-cv-00939-(MAD).

### AMENDED STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

On August 15, 2024, the Appellants filed their statement of issues to be presented on appeal (the "Original Statement of Issues"). The Appellants seek to amend the Original Statement of Issues by removing the following issue on appeal identified in the Original Statement of Issues: Whether the Bankruptcy Court erred in holding that the Receiver did not have authority to file Prime's bankruptcy case. The Appellants seek to only include the following issues on appeal (the "Amended Statement of Issues"):[2]

1.     Whether the Bankruptcy Court erred when it held that the Trustee's ratification of Prime's bankruptcy case was not effective to validate the Prime bankruptcy case.

2.     Whether the Bankruptcy Court erred when it held that under Delaware law and Prime's operating agreement, the Trustee had no authority to participate in the management of Prime and therefore ratify and validate the Prime bankruptcy case.

### AMENDED DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

On August 15, 2024, the Appellants filed their designation of items to be included in the record on appeal (the "Original Designation of Items"). The Appellants seek to amend the

---

[2] The Appellants reserve the right to seek leave to amend or supplement these issues in their opening brief.

Original Designation of Items by removing all docket numbers referencing the PDF audio files of certain hearings and adding a certain hearing transcript and only including the following items in the record on appeal (the "Amended Designation of Items").  For the avoidance of doubt, each designated item shall include any and all exhibits and documents annexed to and referenced within such item on the relevant case docket.  Attached hereto as **Exhibit A** is a redline comparison of the Original Designation of Items and Amended Designation of Items.

*In re Prime Capital Ventures, LLC, Bankruptcy Case No. 24-10531 (Bankr. N.D.N.Y.)*

| Docket Number | Date Filed | Document |
|---|---|---|
| 1 | 05/14/2024 | Chapter 11 Voluntary Petition for Non-Individuals. Fee Amount $1738 Filed by Prime Capital Ventures, LLC. Chapter 11 Plan due by 09/11/2024. Disclosure Statement due by 09/11/2024. (Donato, Stephen) (Entered: 05/14/2024) |
| 5 | 05/14/2024 | Declaration re: (Declaration of Paul A. Levine Regarding the Debtor's Assets and Operations and in Support of the Chapter 11 Petition and Initial Pleadings) Filed by Prime Capital Ventures, LLC (related document(s)1). (Attachments: # 1 Exhibit A - District Court Order Appointing Receiver # 2 Exhibit B - Summary of ICA Deposits # 3 Exhibit C - Summary of Potential ICA Deposits) (Donato, Stephen) (Entered: 05/14/2024) |
| 31 | 05/28/2024 | Declaration Non-Individual , Disclosure of Compensation of Attorney for Debtor , Equity Security Holders , Non-Individual, Schedule AB, Schedule D, Schedule EF, Schedule G, Schedule H, Summary of Assets and Liabilities and Certain Statistical Information, Declaration,, Statement of Corporate Ownership filed., Statement of Financial Affairs for Non-Individual Filed by Prime Capital Ventures, LLC (related document(s)1). (Donato, Stephen) (Entered: 05/28/2024) |
| 36 | 05/31/2024 | Motion to Dismiss Case Filed by Prime Capital Ventures, LLC. (Van Tol, Pieter) (Entered: 05/31/2024) |

| 37 | 05/31/2024 | Declaration re: Declaration of Pieter Van Tol Filed by Prime Capital Ventures, LLC (related document(s)36). (Attachments: # 1 Exhibit A - Order entered on January 12, 2024 in the District Court Action # 2 Exhibit B - Submission made by Compass-Charlotte 1031, LLC on January 19, 2024 in the District Court Action # 3 Exhibit C - Submission made by Prime Capital on January 21, 2024 in the District Court Action # 4 Exhibit D - Order entered on January 24, 2024 in the District Court Action # 5 Exhibit E - Letter filed by the receiver for Prime Capital on March 21, 2024 in the Bankruptcy Court Action # 6 Exhibit F - Letter filed by Prime Capital on March 26, 2024 in the Bankruptcy Court Action) (Van Tol, Pieter) (Entered: 05/31/2024) |
|----|------------|---|
| 38 | 05/31/2024 | Notice of Hearing on Motion to Dismiss Case Filed by Prime Capital Ventures, LLC (related document(s)36). Hearing scheduled for 6/26/2024 at 10:30 AM at Albany Courtroom. (Van Tol, Pieter) (Entered: 05/31/2024) |
| 40 | 05/31/2024 | Notification of Withdrawal of motion to dismiss by Christian H. Dribusch, Chapter 7 Trustee to the Bankruptcy Estate of Kris Daniel Roglieri as the sole member of Prime Capital Ventures, LLC. The dismissal motion was filed without the requisite authority. (related document(s): 36 Motion to Dismiss Case ) Filed by Christian Dribusch (related document(s)36). (Dribusch, Christian) (Entered: 05/31/2024) |
| 41 | 06/03/2024 | Letter Re: in response to the letter dated May 31, 2024 from Christian H. Dribusch, who is the trustee in a Chapter 7 proceeding captioned In re Kris Daniel Roglieri, Case No. 24-10157 (related document(s)40). (Van Tol, Pieter) (Entered: 06/03/2024) |
| 42 | 06/03/2024 | Scheduling Order SETTING HEARING PURSUANT TO 11 U.S.C. § 105 (related document(s)36, 40). Status hearing to be held on 6/12/2024 at 10:30 AM at Albany Courtroom. (Rosenberg, Dana) (Entered: 06/03/2024) |
| 46 | 06/04/2024 | Application to Employ Bond, Schoeneck & King, PLLC as Counsel for Debtor Filed by Prime Capital Ventures, LLC. (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B - Donato Declaration) (Donato, Stephen) (Entered: 06/04/2024) |
| 47 | 06/04/2024 | Application to Employ BST & Co. CPAs, LLP as Financial Advisor to Debtor Filed by Prime Capital Ventures, LLC. (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B - Sawhney Declaration) |

| | | (Donato, Stephen) Modified on 6/6/2024 (VanPatten, Kathleen). (Entered: 06/04/2024) |
|---|---|---|
| 48 | 06/05/2024 | Motion for 2004 Examination , Motion (Application for Entry of an Order Authorizing the Issuance of Subpoenas for the Production of Documents and Deposition Testimony Pursuant to Bankruptcy Rule 2004 and Granting Related Relief) Filed by Prime Capital Ventures, LLC. (Attachments: # 1 Exhibit A - Proposed Order) (Donato, Stephen) (Entered: 06/05/2024) |
| | 06/12/2024 | Hearing Held; MOTION TO DISMISS @ DOC#36 TO BE WITHDRAWN, PER TERMS ON RECORD and Continued (related document(s): 42 ). Hearing scheduled for 07/10/2024 at 10:30 AM at Albany Courtroom. (OConnell, Theresa) (Entered: 06/12/2024) |
| 52 | 06/21/2024 | Adjournment Request, hearing scheduled for 7/10/2024 at 10:30 a.m. in Albany (Letter of Adjournment of Motion for Order Authorizing Issuance of Subpoenas and Related Relief) Filed by Prime Capital Ventures, LLC (related document(s)48). (Donato, Stephen) (Entered: 06/21/2024) |
| 53 | 06/21/2024 | Motion for Turnover (Motion for Entry of an Order Directing Turnover of Property of the Debtor's Estate) Filed by Prime Capital Ventures, LLC. (Attachments: # 1 Exhibit A - Title Report) (Donato, Stephen) (Entered: 06/21/2024) |
| 54 | 06/21/2024 | Notice of Hearing on Motion for Entry of an Order Directing Turnover of Property of the Debtor's Estate Filed by Prime Capital Ventures, LLC (related document(s)53). Hearing scheduled for 7/17/2024 at 10:30 AM at Albany Courtroom. (Attachments: # 1 Certificate of Service) (Donato, Stephen) (Entered: 06/21/2024) |
| 56 | 06/25/2024 | Letter Re: (Letter advising the Court that parties have crafted a term sheet for a path forward in this case) Filed by Prime Capital Ventures, LLC. (Donato, Stephen) (Entered: 06/25/2024) |
| 57 | 06/25/2024 | Motion to Dismiss Case Filed by B & R Acquisitions Partners, LLC, JHM Lending Ventures, LLC. (Attachments: # 1 Exhibit 1 - Declaration of Matthew W. McDade # 2 Exhibit A - Order to Show Cause for the Appointment of a Receiver on an Emergency Basis and for Expedited Discovery # 3 Exhibit B - Memorandum-Decision and |

| | | |
|---|---|---|
| | | Order (January 24, 2024) # 4 Exhibit C - Memorandum-Decision and Order (March 19, 2024) # 5 Exhibit D - B&R Parties JAMS Arbitration Award # 6 Exhibit E - B&R Parties Judgment (Confirmation Proceeding) # 7 Exhibit F - B&R Parties Judgment Lien (Virginia Beach, VA)) (Everman, Michael) (Entered: 06/25/2024) |
| 58 | 06/25/2024 | Notice of Hearing on Motion to Dismiss Bankruptcy Case Filed by B & R Acquisitions Partners, LLC, JHM Lending Ventures, LLC (related document(s)57). Hearing scheduled for 7/17/2024 at 10:30 AM at Albany Courtroom. (Everman, Michael) (Entered: 06/25/2024) |
| 61 | 07/08/2024 | Motion for Joint Administration with Case No.: 24-10157; Motion to Convert Case From Chapter 11 to Chapter 7 (Joint Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Stipulation and Granting Relief) Filed by Kris Daniel Roglieri, Prime Capital Ventures, LLC. (Attachments: # 1 Exhibit A - Proposed Stipulation and Order) (Donato, Stephen) Modified on 7/8/2024 (Weiler, Sara). (Entered: 07/08/2024) |
| 62 | 07/08/2024 | Motion to Shorten Time (related documents 61 Motion to Settle/Compromise) (Application for Entry of an Order Reducing Time for Notice of Joint Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Stipulation and Granting Relief) Filed by Prime Capital Ventures, LLC, Kris Daniel Roglieri (related document(s)61). (Donato, Stephen) (Entered: 07/08/2024) |
| 63 | 07/08/2024 | Declaration re: (Declaration of Stephen A. Donato in Support of Application for Entry of an Order Reducing Time for Notice of Joint Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Stipulation and Granting Relief) Filed by Prime Capital Ventures, LLC (related document(s)61, 62). (Donato, Stephen) (Entered: 07/08/2024) |
| 64 | 07/08/2024 | TEXT ORDER: Upon review of the Motion to Shorten Time and the Declaration of Stephen A. Donato (ECF Nos. 6263), and finding that there are no exceptional circumstances which warrant shortened notice, the Court respectfully declines to grant the request to shorten time (ECF No. 62). So Ordered this 8th day of July 2024 by Robert E. Littlefield, Jr., United States Bankruptcy Judge (related document(s)62, 63). (Rosenberg, Dana) (Entered: 07/08/2024) |

| 66 | 07/09/2024 | LLC Authority Filed by Christian Dribusch. (Dribusch, Christian) (Entered: 07/09/2024) |
| 67 | 07/09/2024 | Reply to (related document(s): 46 Application to Employ Bond, Schoeneck & King, PLLC as Counsel for Debtor ) Statement of No Objection filed by the Bankruptcy Estate of Kris Daniel Roglieri as the sole member of Prime Capital Ventures, LLC Filed by Christian Dribusch (related document(s)46). (Dribusch, Christian) (Entered: 07/09/2024) |
| 68 | 07/09/2024 | Reply to (related document(s): 47 Ex Parte Application to Employ BST & Co. CPAs, LLP as Financial Advisor to Debtor ) Statement of No Objection by the Bankruptcy Estate of Kris Daniel Roglieri to the Retention of BST & CO. CPAS, LLP as the Debtor in Possession Financial Advisor Filed by Christian Dribusch (related document(s)47). (Dribusch, Christian) (Entered: 07/09/2024) |
| 69 | 07/09/2024 | Reply to (related document(s): 48 Motion for 2004 Examination , Motion (Application for Entry of an Order Authorizing the Issuance of Subpoenas for the Production of Documents and Deposition Testimony Pursuant to Bankruptcy Rule 2004 and Granting Related Relief)) Statement of No Objection from the Bankruptcy Estate of Kris Daniel Roglieri as the sole member of Prime Capital Ventures, LLC Filed by Christian Dribusch (related document(s)48). (Dribusch, Christian) (Entered: 07/09/2024) |
| 70 | 07/09/2024 | TEXT ORDER: The Debtor's Motion for 2004 Examination (ECF No. 48) shall be heard on July 17, 2024, at 10:30 a.m. Parties may appear in-person or telephonically. So Ordered this 9th day of July 2024 by Robert E. Littlefield, Jr., United States Bankruptcy Judge (related document(s)48). (Rosenberg, Dana) (Entered: 07/09/2024) |
| 73 | 07/10/2024 | Objection to (related document(s): 57 Motion to Dismiss Case )Authority Moot Through Ratification of Bankruptcy Filing by Sole Member of Debtor Filed by Christian Dribusch (related document(s)57). (Dribusch, Christian) (Entered: 07/10/2024) |
| 76 | 07/10/2024 | Objection to (related document(s): 57 Motion to Dismiss Case ) Filed by Compass-Charlotte 1031, LLC (related document(s)57). (Attachments: # 1 Certificate of Service) (Zapala, Matthew) (Entered: 07/10/2024) |

| 77 | 07/10/2024 | Objection to (related document(s): 57 Motion to Dismiss Case )(Prime Capital Ventures LLC's Objection to B and R Acquisition Partners, LLC and JHM Lending Ventures, LLC's Motion to Dismiss Bankruptcy Case) Filed by Prime Capital Ventures, LLC (related document(s)57). (Attachments: # 1 Exhibit A - Receiver Order # 2 Exhibit B - ER Tennessee Preliminary Conference Order # 3 Exhibit C - ER Tennessee Decision and Order) (Donato, Stephen) (Entered: 07/10/2024) |
| --- | --- | --- |
| 80 | 07/12/2024 | TEXT ORDER: The Joint Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Stipulation and Granting Related Relief (ECF No. 61) is hereby removed from the default calendar and shall be heard on the regular motion calendar on July 31, 2024, at 10:30 a.m. So Ordered this 12th day of July 2024 by Robert E. Littlefield, Jr., United States Bankruptcy Judge (related document(s)74). (Rosenberg, Dana) (Entered: 07/12/2024) |
| 85 | 07/23/2024 | Memorandum, Decision and Order (Related Document 57). (Rosenberg, Dana) (Entered: 07/23/2024) |
| | 07/23/2024 | Hearing Not Held. MOOT - per Memorandum, Decision and Order @ doc#85 (related document(s): 48 ). (OConnell, Theresa) (Entered: 07/23/2024) |
| 86 | 07/23/2024 | Notice of Dismissal re: 85. (Rosenberg, Dana) (Entered: 07/23/2024) |
| | 07/23/2024 | Hearing Not Held. MOOT - per Memorandum, Decision and Order @ doc#85 (related document(s): 53 ). (OConnell, Theresa) (Entered: 07/23/2024) |
| | 07/23/2024 | Hearing Not Held. MOOT - per Memorandum, Decision and Order @doc#85 (related document(s): 61 ). (OConnell, Theresa) (Entered: 07/23/2024) |
| 89 | 07/29/2024 | Notice of Appeal District Court. *Joint Notice of Appeal* Fee Amount $298 Filed by Compass-Charlotte 1031, LLC, Christian Dribusch, Paul A. Levine, Prime Capital Ventures, LLC (related document(s)85). Appellant Designation due by 08/12/2024. (Donato, Stephen) (Entered: 07/29/2024) |

|   | 07/29/2024 | Receipt of Notice of Appeal( 24-10531-1-rel) [appeal,ntcapl] ( 298.00) filing fee. Receipt number A11913495, amount $ 298.00. (Re:Doc# 89) (U.S. Treasury) (Entered: 07/29/2024) |
|   | 07/29/2024 | Election to Appeal to District Court Filed by Compass-Charlotte 1031, LLC, Christian Dribusch, Paul A. Levine, Prime Capital Ventures, LLC (related document(s)89). (Smith, Nicole) (Entered: 07/30/2024) |
| 90 | 07/30/2024 | Appeal Cover Letter re: Filing of Notice of Appeal (related document(s)89). (Attachments: # 1 Notice of Appeal) (Smith, Nicole) (Entered: 07/30/2024) |
| 103 | 10/2/2024 | Transcript regarding Hearing Held 07/17/2024 re: Motion to Dismiss. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING, TRANSCRIPT RELEASE DATE IS 1/2/2025. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber J&J Court Transcribers, Inc., Telephone number 609-586-2311. (related document:57). Notice of Intent to Request Redaction Deadline Due By 10/9/2024. Redaction Request Due By 10/23/2024. Redacted Transcript Submission Due By 11/4/2024. Transcript access will be restricted through 1/2/2025. (Simmons, Dawn) (Entered: 10/02/2024) |

*In re Kris Daniel Roglieri, Bankruptcy Case No. 24-10157 (Bankr. N.D.N.Y.)*

| Docket Number | Date Filed | Document |
|---|---|---|
| 1 | 02/15/2024 | Chapter 11 Subchapter V, Voluntary Petition for individuals. Fee Amount $1738 Filed by Kris Daniel Roglieri. Chapter 11 Plan Small Business Subchapter V Due by 05/15/2024. (Walsh, Brendan) (Entered: 02/15/2024) |
| 9 | 02/16/2024 | Order Scheduling Section 1188 Conference and Related Deadline. Status hearing to be held on 3/27/2024 at 11:00 AM at Albany CourtRoom. Pre-Status Report Due By 3/13/2024. (Rosenberg, Dana) (Entered: 02/16/2024) |

| 11 | 02/16/2024 | Notice of Appointment of Subchapter V Trustee. Mark J. Schlant-Trustee added to the case. Filed by U.S. Trustee. (Penpraze, Lisa) (Entered: 02/16/2024) |
|----|------------|---|
| 26 | 02/22/2024 | Statement Re:Concerning Financial Records Filed by Kris Daniel Roglieri. (Attachments: # 1 Exhibit A) (Barsalona, Joseph) (Entered: 02/22/2024) |
| 27 | 02/22/2024 | Declaration re: Local Bankruptcy Rule 2015-2 Filed by Kris Daniel Roglieri. (Attachments: # 1 Exhibit A) (Barsalona, Joseph) (Entered: 02/22/2024) |
| 39 | 02/29/2024 | Motion to Extend Deadline to File Schedules or Provide Required Information Filed by Kris Daniel Roglieri. (Attachments: # 1 Exhibit A) (Barsalona, Joseph) (Entered: 02/29/2024) |
| 41 | 02/29/2024 | Order Granting Motion to Extend Deadline to File Schedules or Provide Required Information until March 22, 2024, at 4:00 p.m. (Related Doc # 39). (Rosenberg, Dana) (Entered: 02/29/2024) |
| 42 | 03/01/2024 | Update of Deadlines. Inventory of Property due 3/22/2024. Schedules A-J due 3/22/2024. Declaration Concerning Schedules due 3/22/2024. Statement of Financial Affairs due 3/22/2024.Summary of Assets and Liabilities and Certain Statistical Information due 3/22/2024. (Rosenberg, Dana) (Entered: 03/01/2024) |
| 44 | 03/06/2024 | Application to Employ Pashman Stein Walder Hayden, P.C as Counsel for the Debtor Filed by Kris Daniel Roglieri. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Barsalona, Joseph) (Entered: 03/06/2024) |
| 57 | 03/11/2024 | Limited Objection to (related document(s): 44 Application to Employ Pashman Stein Walder Hayden, P.C as Counsel for the Debtor , 46 Motion *for Entry of Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals)and Objection to Motion to Establish Compensation Procedures* Filed by Paul A Levine (related document(s)44, 46). (Levine, Paul) (Entered: 03/11/2024) |
| 63 | 03/13/2024 | Motion to Extend Time to File 2015.3 Reports and Granting Related Relief Filed by Kris Daniel Roglieri. (Attachments: # 1 Exhibit A) |

| | | |
|---|---|---|
| | | (Barsalona, Joseph) (Entered: 03/13/2024) |
| 64 | 03/13/2024 | Pre-Status Conference Report, Filed by Kris Daniel Roglieri. (Barsalona, Joseph). Related document(s) 9 Order Scheduling Section 1188 Conference and Related Deadline. Modified on 3/14/2024 (Cardinal, Lisa). Modified on 3/20/2024 (VanPatten, Kathleen). (Entered: 03/13/2024) |
| 65 | 03/13/2024 | Motion of Debtor for Entry of an Order Authorizing Arrangement Between Debtor and U.S. Attorney Regarding Certain Vehicles, in addition to Motion To Modifying the Automatic Stay to the Extent Necessary to Implement Such Arrangement, and Granting Related Relief Filed by Kris Daniel Roglieri. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Barsalona, Joseph) (Entered: 03/13/2024) |
| 68 | 03/15/2024 | Order Granting Motion to Extend Time to File 2015.3 Reports (Related Doc # 63). (Rosenberg, Dana) (Entered: 03/15/2024) |
| | 03/15/2024 | Meeting of Creditors Continued Filed by U.S. Trustee. 341(a) meeting to be held on 4/4/2024 at 11:00 AM at First meeting Ch11 Albany. (Penpraze, Lisa) (Entered: 03/15/2024) |
| 69 | 03/18/2024 | Declaration re: /Supplemental Declaration of Joseph C. Barsalona II in Support of Debtor's Application for Entry of an Order Under Sections 327(a), 328(a), and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1 Authorizing Retention and Employment of Pashman Stein Walder Hayden, P.C. as Counsel for the Debtor Nunc Pro Tunc to the Petition Date Filed by Kris Daniel Roglieri (related document(s)44). (Barsalona, Joseph) (Entered: 03/18/2024) |
| 73 | 03/20/2024 | Limited Objection to (related document(s): 44 Application to Employ Pashman Stein Walder Hayden, P.C as Counsel for the Debtor ) Filed by U.S. Trustee (related document(s)44). (Penpraze, Lisa) (Entered: 03/20/2024) |
| 74 | 03/20/2024 | Exhibit UST Exhibits - Redacted Filed by U.S. Trustee (related document(s)73). (Penpraze, Lisa) (Entered: 03/20/2024) |

| 75 | 03/20/2024 | Objection to (related document(s): 46 Motion for Entry of Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals) Filed by U.S. Trustee (related document(s)46). (Penpraze, Lisa) (Entered: 03/20/2024) |
| 76 | 03/20/2024 | Objection to (related document(s): 44 Application to Employ Pashman Stein Walder Hayden, P.C as Counsel for the Debtor , 46 Motion for Entry of Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals) Filed by 1800 Park Avenue LLC (related document(s)44, 46). (Miesen, Chad) (Entered: 03/20/2024) |
| 77 | 03/20/2024 | Statement Re:/Notice of Filing of Engagement Letter Pursuant to the Debtor's Application For Entry of an Order Sections 327(a), 328(a), and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1 Authorizing Retention and Employment of Pashman Stein Walder Hayden, P.C. as Counsel for the Debtor Nunc Pro Tunc to the Petition Date Filed by Kris Daniel Roglieri. (Attachments: # 1 Exhibit A) (Barsalona, Joseph). Related document(s) 44 (Entered: 03/20/2024) |
| 78 | 03/20/2024 | Supplemental Objection to (related document(s): 73 Objection) Filed by U.S. Trustee (related document(s)73). (Penpraze, Lisa). Related document(s) 44 (Entered: 03/20/2024) |
| 80 | 03/22/2024 | Individual, Schedule AB, Schedule D, Schedule EF, Schedule G, Schedule H, Schedule I, Schedule J, Summary of Assets and Liabilities and Certain Statistical Information, Declaration, Filed by Kris Daniel Roglieri. (Barsalona, Joseph) (Entered: 03/22/2024) |
| 81 | 03/22/2024 | Statement of Financial Affairs for Individual Filed by Kris Daniel Roglieri. (Barsalona, Joseph) (Entered: 03/22/2024) |
| 83 | 03/22/2024 | Omnibus Reply to (related document(s): 44 Application to Employ Pashman Stein Walder Hayden, P.C as Counsel for the Debtor , 46 Motion for Entry of Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, 57 Objection, 69 Declaration, 73 Objection, 74 Exhibit, 75 Objection, 76 Objection, 77 Statement Re:, 78 Objection) / Filed by Kris Daniel Roglieri (related document(s)75, 57, 74, 78, 76, 69, 44, 73, 77, 46). (Barsalona, Joseph) (Entered: 03/22/2024) |

| 91 | 03/27/2024 | Objection to (related document(s): 65 Motion of Debtor for Entry of an Order Authorizing Arrangement Between Debtor and U.S. Attorney Regarding Certain Vehicles, Motion To Modifying the Automatic Stay to the Extent Necessary to Implement Such Arrangement, and Granting Related Relief)Objection and Reservation of Rights of Denali State Bank and Woodside Credit, LLC to the Motion of Debtor for Entry of an Order (I) Authorizing Arrangement Between Debtor and US. Attorney Regarding Certain Vehicles, (II) Modifying the Automatic Stay, to the Extent Necessary to Implement Such Arrangement, and (III) Granting Related Relief Filed by Denali State Bank and Woodside Credit, LLC (related document(s)65). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H) (Roy, Brian) (Entered: 03/27/2024) |
| --- | --- | --- |
| 94 | 04/02/2024 | Order Authorizing Retention and Employment of Pashman Stein Walder Hayden, P.C. as counsel for the Debtor Nunc Pro Tunc to the Petition Date (Related Doc # 44). (Rosenberg, Dana) (Entered: 04/02/2024) |
| 95 | 04/02/2024 | ORDER DENYING Debtor's Motion for Entry of an Order Establishing PrOcedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals (Related Doc # 46). (Rosenberg, Dana) (Entered: 04/02/2024) |
| 97 | 04/03/2024 | Monthly Operating Report for Filing Period February 15, 2024 to February 29, 2024 Filed by Kris Daniel Roglieri. (Barsalona, Joseph) (Entered: 04/03/2024) |
| 98 | 04/03/2024 | Application to Employ Dreyer Boyajian LLP as Special Counsel Filed by Kris Daniel Roglieri. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Barsalona, Joseph) (Entered: 04/03/2024) |
| 100 | 04/03/2024 | Adversary case 24-90008-1. (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)) Complaint by 1800 Park Avenue LLC against Kris Daniel Roglieri, Prime Commercial Lending, LLC, Prime Capital Ventures, LLC, Kimberly A. Humphrey, Erik Martin, Scott DiBerardinis. Fee Amount $ 350.. (Miesen, Chad) (Entered: 04/03/2024) |
| 102 | 04/04/2024 | Letter Re: Requesting section 105 conference Filed by Kris Daniel Roglieri (related document(s)65). (Jaffe, Henry) (Entered: 04/04/2024) |

| 104 | 04/04/2024 | Scheduling Order Setting Hearing Pursuant to 11 U.S.C. § 105 re: Content of Motion at Document 65 (related document(s)65, 102). Hearing scheduled for 4/10/2024 at 10:00 AM at Albany CourtRoom. (Rosenberg, Dana) (Entered: 04/04/2024) |
| --- | --- | --- |
| 107 | 04/05/2024 | Consent to Substitute Attorney, terminating Edward A. Cho-O'Leary. /Notice of Withdrawal and Substitution of Counsel Filed by Kris Daniel Roglieri. (Barsalona, Joseph) (Entered: 04/05/2024) |
| 108 | 04/05/2024 | Consent to Substitute Attorney, terminating Edward A. Cho-O'Leary. /Notice of Withdrawal and Substitution of Counsel Filed by Kris Daniel Roglieri. (Barsalona, Joseph) (Entered: 04/05/2024) |
| 109 | 04/09/2024 | Objection to (related document(s): 65 Motion of Debtor for Entry of an Order Authorizing Arrangement Between Debtor and U.S. Attorney Regarding Certain Vehicles, Motion To Modifying the Automatic Stay to the Extent Necessary to Implement Such Arrangement, and Granting Related Relief) Filed by Tina Roglieri (related document(s)65). (Culnan, Brian) (Entered: 04/09/2024) |
| 110 | 04/09/2024 | Letter Re: Government's Position on Hearing Scheduled for April 10, 2024 Filed by United States Attorney's Office (related document(s)65, 104). (Clark, Cathleen) (Entered: 04/09/2024) |
| 111 | 04/10/2024 | Objection to (related document(s): 98 Application to Employ Dreyer Boyajian LLP as Special Counsel ) Filed by 1800 Park Avenue LLC (related document(s)98). (Miesen, Chad) (Entered: 04/10/2024) |
| 113 | 04/12/2024 | Report Re: Periodic Report Regarding Value, Operations, and Profitability of Entities Which the Debtors Estate Holds a Substantial or Controlling Interest Filed by Kris Daniel Roglieri. (Barsalona, Joseph) (Entered: 04/12/2024) |
| 114 | 04/16/2024 | Limited Objection to (related document(s): 98 Application to Employ Dreyer Boyajian LLP as Special Counsel ) Filed by U.S. Trustee (related document(s)98). (Attachments: # 1 Exhibit) (Penpraze, Lisa) (Entered: 04/16/2024) |
| 117 | 04/22/2024 | Adversary case 24-90010-1. (41 (Objection / revocation of discharge - 727(c),(d),(e))),(67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)),(68 (Dischargeability - 523(a)(6), willful and |

|  |  | malicious injury)) Complaint by Paul A. Levine, as Receiver of Prime Capital Ventures LLC against Kris Daniel Roglieri. Fee Amount $ 350.. (Attachments: # 1 Adversary Proceeding Cover Sheet) (Levine, Paul) (Entered: 04/22/2024) |
|---|---|---|
| 118 | 04/22/2024 | Monthly Operating Report for Filing Period March 2024 Filed by Kris Daniel Roglieri. (Barsalona, Joseph) (Entered: 04/22/2024) |
| 119 | 04/23/2024 | Motion to Convert Chapter 11 to Chapter 7 or Dismiss . Filed by U.S. Trustee. (Penpraze, Lisa) Modified on 4/23/2024 (Cardinal, Lisa). Modified on 4/23/2024 (Bazan, Judy). (Entered: 04/23/2024) |
| 122 | 04/23/2024 | Clerk's Notice Re: U.S. Trustee Notice to Convert or Dismiss (related document(s):120). (Rosenberg, Dana) (Entered: 04/23/2024) |
| 124 | 04/25/2024 | Response to (related document(s): 119 Motion to Convert Chapter 11 to Chapter 7 . Fee Amount $15) JOINDER IN UNITED STATES TRUSTEES MOTION TO CONVERT OR DISMISS Filed by Compass-Charlotte 1031, LLC (related document(s)119). (Attachments: # 1 Certificate of Service) (Heller, Justin) (Entered: 04/25/2024) |
| 129 | 05/06/2024 | Response to (related document(s): 119 Motion to Convert Chapter 11 to Chapter 7 . Fee Amount $15) Filed by Paul A. Levine (related document(s)119). (Attachments: # 1 Exhibit 1) (Levine, Paul) (Entered: 05/06/2024) |
| 133 | 05/07/2024 | Response to (related document(s): 119 Motion to Convert Chapter 11 to Chapter 7 . Fee Amount $15) 526 MURFREESBORO, LLCS JOINDER IN UNITED STATES TRUSTEES MOTION TO CONVERT OR DISMISS Filed by 526 Murfreesboro, LLC (related document(s)119). (Attachments: # 1 Certificate of Service) (Heller, Justin) (Entered: 05/07/2024) |
| 134 | 05/07/2024 | Response to (related document(s): 119 Motion to Convert Chapter 11 to Chapter 7 . Fee Amount $15) NEWLIGHT TECHNOLOGIES, INC.S JOINDER IN UNITED STATES TRUSTEES MOTION TO CONVERT OR DISMISS Filed by Newlight Technologies, Inc. (related document(s)119). (Attachments: # 1 Certificate of Service) (Heller, Justin) (Entered: 05/07/2024) |

| 135 | 05/07/2024 | Joinder Piper Capital Funding LLC's Joinder in United States Trustee's Motion to Convert or Dismiss Filed by Piper Capital Funding LLC (related document(s)119). (Attachments: # 1 Certificate of Service) (Powers, Jon) (Entered: 05/07/2024) |
| --- | --- | --- |
| 137 | 05/07/2024 | Response to (related document(s): 119 Motion to Convert Chapter 11 to Chapter 7 . Fee Amount $15) Filed by NYS Department of Taxation and Finance (related document(s)119). (Klose, Susanna) (Entered: 05/07/2024) |
| 138 | 05/07/2024 | Joinder Filed by 1800 Park Avenue LLC (related document(s)119). (Attachments: # 1 Certificate of Service re Joinder to Motion to Convert) (Miesen, Chad) (Entered: 05/07/2024) |
| 139 | 05/08/2024 | Joinder (Amended) Filed by Newlight Technologies, Inc. (related document(s)119 134). (Attachments: # 1 Exhibit A - Roglieri Emails # 2 Certificate of Service) (Heller, Justin). Modified on 5/8/2024 (Davis, Darcy). (Entered: 05/08/2024) |
| 140 | 05/08/2024 | Joinder of ER Tennessee LLC in United States Trustee's Motion to Convert or Dismiss Case Filed by ER Tennessee LLC (related document(s)119). (Lombardo, Joseph) (Entered: 05/08/2024) |
| 141 | 05/09/2024 | Motion to Extend Time to Object to Discharge/Dischargeability Filed by Compass-Charlotte 1031, LLC. (Attachments: # 1 Proposed Order) (Heller, Justin) (Entered: 05/09/2024) |
| 144 | 05/13/2024 | Motion to Extend Time to Object to Discharge/Dischargeability Filed by Piper Capital Funding LLC. (Attachments: # 1 Proposed Order) (Powers, Jon) (Entered: 05/13/2024) |
| 147 | 05/13/2024 | Motion to Extend Time to Object to Discharge or Dischargeability Filed by ER Tennessee LLC. (Attachments: # 1 Exhibit A (Proposed Order)) (Lombardo, Joseph) (Entered: 05/13/2024) |
| 150 | 05/13/2024 | Motion to Extend Time to Object to Discharge or Dischargeability Filed by JHM Lending Ventures, LLC, B and R Acquisition Partners, LLC. (Attachments: # 1 Proposed Order) (Little, Brendan) (Entered: 05/13/2024) |

| 155 | 05/14/2024 | Notice of Withdrawal of Application to Employ Dreyer Boyajian LLP as Special Counsel (related document(s) 98 Application to Employ) /Notice of Withdrawal of Debtor's Application for Entry of an Order Under Sections 327(e), 328(a), and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1 Authorizing Retention and Employment of Dreyer Boyajian LLC as Special Counsel for the Debtor Nunc Pro Tunc to the Petition Date Filed by Kris Daniel Roglieri (related document(s)98). (Barsalona, Joseph) Modified on 5/15/2024 (Davis, Darcy). (Entered: 05/14/2024) |
| --- | --- | --- |
| 159 | 05/15/2024 | Order Granting Motion to Convert Case From Chapter 11 to Chapter 7 (Related Doc # 119). (Rosenberg, Dana) (Entered: 05/15/2024) |
| 160 | 05/15/2024 | Notice of Appointment of Trustee . Christian H. Dribusch-Trustee added to the case. Filed by U.S. Trustee. (Penpraze, Lisa) (Entered: 05/15/2024) |
| 161 | 05/15/2024 | Notice of Deadlines. Chapter 7 Statement of Your Current Monthly Income Form 122A-1 Due:5/29/2024. Chapter 7 Means Test Form 122A-1Supp Exemption Due: 5/29/2024. Statement of Intent due 6/14/2024. (Rosenberg, Dana) (Entered: 05/15/2024) |
| 163 | 05/16/2024 | Trustee's Notice of Assets & Request for Notice to Creditors Filed by Christian H. Dribusch-Trustee. (Dribusch-Trustee, Christian) (Entered: 05/16/2024) |
| 164 | 05/16/2024 | Application to Employ Christian H. Dribusch, Esq. as Trustee Bankruptcy Counsel Filed by Christian H. Dribusch-Trustee. (Dribusch-Trustee, Christian) (Entered: 05/16/2024) |
| 165 | 05/16/2024 | Notice Fixing Last Date to File Proofs of Claim. Proofs of Claim due by 8/14/2024. (Rosenberg, Dana) (Entered: 05/16/2024) |
| 166 | 05/16/2024 | Motion for Turnover of property of the bankruptcy estate directed to the Debtor Filed by Christian H. Dribusch-Trustee. (Dribusch-Trustee, Christian) (Entered: 05/16/2024) |
| 167 | 05/16/2024 | Motion to Shorten Time (related documents 166 Motion for Turnover) Filed by Christian H. Dribusch-Trustee (related document(s)166). |

| | | |
|---|---|---|
| | | (Dribusch-Trustee, Christian) (Entered: 05/16/2024) |
| 169 | 05/16/2024 | Motion to Withdraw as Attorney /Motion of Pashman Stein Walder Hayden, P.C. to Withdraw as Counsel to the Debtor Filed by Kris Daniel Roglieri. (Attachments: # 1 Exhibit A) (Barsalona, Joseph) (Entered: 05/16/2024) |
| 170 | 05/16/2024 | Motion to Shorten Time (related documents 169 Motion to Withdraw as Attorney) Filed by Kris Daniel Roglieri (related document(s)169). (Barsalona, Joseph) (Entered: 05/16/2024) |
| 171 | 05/16/2024 | Order Granting Motion to Shorten Time (Related Doc # 167) Hearing scheduled for 5/20/2024 at 01:30 PM at Albany Courtroom (Related Doc # 166). Opposition shall be submitted to the Court by May 20, 2024, at 12:00 pm. (Rosenberg, Dana) (Entered: 05/16/2024) |
| 173 | 05/16/2024 | Order Granting Motion to Shorten Time (Related Doc # 170) Hearing scheduled for 5/29/2024 at 09:15 AM at Albany Courtroom (Related Doc # 169). (Rosenberg, Dana) (Entered: 05/16/2024) |
| 181 | 05/20/2024 | Response to (related document(s): 166 Motion for Turnover of property of the bankruptcy estate directed to the Debtor) (Reservation of Rights to Trustee's Turnover Motion) Filed by Prime Capital Ventures, LLC (related document(s)166). (Donato, Stephen) (Entered: 05/20/2024) |
| 182 | 05/20/2024 | TEXT ORDER: Due to a conflict the Court is adjourning the motion for turnover of property (ECF No. 166) to 4:00 p.m., on May 20, 2024. Call in information and all deadlines remain the same (related document(s)166). SO ORDERED MAY 20, 2024, by Robert E. Littlefield, Jr., U.S. Bankruptcy Judge. (Rosenberg, Dana) (Entered: 05/20/2024) |
| 183 | 05/20/2024 | Objection to (related document(s): 166 Motion for Turnover of property of the bankruptcy estate directed to the Debtor) Filed by Tina Roglieri (related document(s)166). (Culnan, Brian) (Entered: 05/20/2024) |
| 188 | 05/22/2024 | Order Granting Motion for Turnover Over Opposition. Debtor is to immediately turn over possession, custody, and control of the Estate Assets (Related Doc # 166). (Rosenberg, Dana) (Entered: 05/22/2024) |

| 189 | 05/28/2024 | Letter Requesting release of funds. Filed by Kris Daniel Roglieri. (Rosenberg, Dana) (Entered: 05/28/2024) |
|-----|-----------|------|
| 190 | 05/28/2024 | Letter Re: Trustee Response to Debtor Request for Release of Funds Filed by Christian H. Dribusch-Trustee (related document(s)189). (Dribusch-Trustee, Christian) (Entered: 05/28/2024) |
| 191 | 05/28/2024 | Application for Compensation for Mark J. Schlant-Trustee, Trustee Chapter 11, Period: 2/19/2024 to 5/16/2024, Fee: $7480.00, Expenses: $109.68. Filed by Mark J. Schlant-Trustee. (Attachments: # 1 Notice # 2 Proposed Order # 3 Certificate of Service) (Schlant-Trustee, Mark) (Entered: 05/28/2024) |
| 192 | 05/29/2024 | ORDER GRANTING MOTION OF PASHMAN STEIN WALDER HAYDEN, P.C. TOWITHDRAW AS COUNSEL TO THE DEBTOR. (Related Doc # 169) (Schaaf, Thomas) (Entered: 05/29/2024) |
| 194 | 05/30/2024 | Meeting of Creditors. 341(a) meeting to be held on 6/18/2024 at 02:45 PM at Zoom.us/join - Dribusch: Meeting ID 249 190 8144, Passcode 1191985814, Phone 1 (680) 214-4529. Last day to oppose discharge or dischargeability is 8/19/2024. Government Proof of Claim due by 8/13/2024. Proofs of Claim due by 7/24/2024. (Rosenberg, Dana) (Entered: 05/30/2024) |
| 197 | 06/04/2024 | Supplemental Motion for Turnover aid to enforcement of Turnover Order of the Bankruptcy Court Filed by Christian H. Dribusch-Trustee. (Dribusch, Christian) (Entered: 06/04/2024) |
| 198 | 06/04/2024 | EX PARTE ORDER APPROVING FORM, MANNER AND SUFFICIENCY OF NOTICE re: Motion for a Supplemental Order to Aid in the Turnover Order ECF #188 (related document(s)197). Hearing scheduled for 6/7/2024 at 01:30 PM at Albany Courtroom. (Rosenberg, Dana) (Entered: 06/04/2024) |
| 205 | 06/10/2024 | SUPPLEMENTAL ORDER on the Chapter 7 Case Trustee Motion for Turnover (Related Doc # 197). (Rosenberg, Dana) (Entered: 06/10/2024) |
| 207 | 06/10/2024 | Notice of Hearing of First and Final Application of Pashman Stein Walder Hayden, P.C. as Counsel for the Debtor and Debtor in Possession, for Allowance of Compensation and for Reimbursement of |

| | | All Actual and Necessary Expenses Incurred for the Period February 15, 2024 through and Including May 15, 2024 Filed by Pashman Stein Walder Hayden, P.C. (related document(s)206). Hearing scheduled for 7/10/2024 at 09:15 AM at Albany Courtroom. (Barsalona, Joseph) (Entered: 06/10/2024) |
| 213 | 06/25/2024 | Letter Re: (Letter advising the Court that parties have crafted a term sheet for a path forward in this case) Filed by Prime Capital Ventures, LLC. (Donato, Stephen) (Entered: 06/25/2024) |
| 214 | 07/03/2024 | Objection to (related document(s): 206 Final Application for Compensation for Pashman Stein Walder Hayden, P.C., Attorney, Period: 2/15/2024 to 5/15/2024, Fee: $379,353.00, Expenses: $4,934.87.) Filed by Christian H. Dribusch-Trustee (related document(s)206). (Dribusch-Trustee, Christian) (Entered: 07/03/2024) |
| 215 | 07/08/2024 | Motion for Joint Administration with Prime Capital Ventures, LLC, Case No.: 24-10531; (Joint Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Stipulation and Granting Relief) Filed by Prime Capital Ventures, LLC, Kris Daniel Roglieri. (Attachments: # 1 Exhibit A - Proposed Joint Stipulation and Order) (Donato, Stephen) Modified on 7/8/2024 (Weiler, Sara). (Entered: 07/08/2024) |
| 216 | 07/08/2024 | Motion to Shorten Time (related documents 215 Motion to Settle/Compromise) (Application for Entry of an Order Reducing Time for Notice of Joint Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Stipulation and Granting Relief) Filed by Prime Capital Ventures, LLC, Kris Daniel Roglieri (related document(s)215). (Donato, Stephen) (Entered: 07/08/2024) |
| 217 | 07/08/2024 | Declaration re: (Declaration of Stephen A. Donato in Support of Application for Entry of an Order Reducing Time for Notice of Joint Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Stipulation and Granting Relief) Filed by Prime Capital Ventures, LLC (related document(s)216). (Donato, Stephen) (Entered: 07/08/2024) |
| 218 | 07/08/2024 | TEXT ORDER: Upon review of the Motion to Shorten Time and the Declaration of Stephen A. Donato (ECF Nos. 21617), and finding that there are no exceptional circumstances which warrant shortened notice, |

| | | |
|---|---|---|
| | | the Court respectfully declines to grant the request to shorten time (ECF No. 216). So Ordered this 8th day of July 2024 by Robert E. Littlefield, Jr., United States Bankruptcy Judge (related document(s)216, 217). (Rosenberg, Dana) (Entered: 07/08/2024) |
| 220 | 07/08/2024 | Stipulation By William K. Harrington, Christian H. Dribusch, Joseph C. Barsalona, II. Filed by U.S. Trustee (related document(s)206). (Penpraze, Lisa) (Entered: 07/08/2024) |
| 225 | 07/10/2024 | Order Granting Application For Compensation (Related Doc # 191) Granting for Mark J. Schlant-Trustee, fees awarded: $7480.00, expenses awarded: $109.68. (Rosenberg, Dana) (Entered: 07/10/2024) |
| 226 | 07/12/2024 | TEXT ORDER: The Joint Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Stipulation and Granting Related Relief (ECF No. 215) is hereby removed from the default calendar and shall be heard on the regular motion calendar on July 31, 2024, at 10:30 a.m. So Ordered this 12th day of July 2024 by Robert E. Littlefield, Jr., United States Bankruptcy Judge (related document(s)223). (Rosenberg, Dana) (Entered: 07/12/2024) |
| 229 | 07/15/2024 | Application to Employ Saratoga Auto Museum as Auctioneer Filed by Christian H. Dribusch-Trustee. (Dribusch-Trustee, Christian) (Entered: 07/15/2024) |
| 231 | 07/22/2024 | Order Granting Application to Employ The Dribusch Law Firm as attorney for the Trustee (Related Doc # 164). (Rosenberg, Dana) (Entered: 07/22/2024) |
| 233 | 07/24/2024 | Order Mooting Motion For Joint Administration on Case 1:2024-bk-10157-rel with Member case 24-10531. In a decision dated July 23, 2024, the Court dismissed Primes bankruptcy proceeding 24-10531 and rendered this Joint Motion moot (Related Doc # 215). (Rosenberg, Dana) (Entered: 07/24/2024) |
| 234 | 07/25/2024 | Letter Re: direction on proceeding with a proposed Order relating to the June 7, 2024 hearing Filed by Christian H. Dribusch-Trustee (related document(s)). (Dribusch-Trustee, Christian) (Entered: 07/25/2024) |

| 235 | 07/25/2024 | ORDER SETTING HEARING PURSUANT TO 11 U.S.C. § 105 (related document(s)234). Status hearing to be held on 7/31/2024 at 02:00 PM at Albany Courtroom. (Rosenberg, Dana) (Entered: 07/25/2024) |
| 238 | 07/31/2024 | Letter Re: Withdrawing Portion of Motion Filed by Christian H. Dribusch-Trustee (related document(s)197). (Dribusch-Trustee, Christian) (Entered: 07/31/2024) |
| 240 | 08/07/2024 | Exhibit Auctioneer Bond Filed by Christian H. Dribusch-Trustee (related document(s)229). (Dribusch-Trustee, Christian) (Entered: 08/07/2024) |
| 241 | 08/07/2024 | Order Authorizing Trustee to Retain Saratoga Automobile Museum to represent him as the auctioneer (Related Doc # 229). (Rosenberg, Dana) (Entered: 08/07/2024) |
| 242 | 08/12/2024 | Motion to Sell Property under Section 363(b) Filed by Christian H. Dribusch-Trustee. (Dribusch, Christian) (Entered: 08/12/2024) |

Respectfully submitted:

Dated:   New York, New York
         October 9, 2024

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**


By:   _/s/ Fred Stevens_
      Fred Stevens
      Lauren C. Kiss
      200 West 41st Street, 17th Floor
      New York, New York 10036
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: fstevens@klestadt.com
             lkiss@klestadt.com

      _Proposed General Counsel to Prime Capital_
      _Ventures, LLC_

Dated:  October 9, 2024
     Albany, New York

THE DRIBUSCH LAW FIRM


By: _/s/ Christian H. Dribusch_
     Christian H. Dribusch, Esq.
     187 Wolf Road
     Suite 300-020
     Albany, New York 12205
     Telephone No.: (518) 227-0026
     Email:  cdribusch@chd-law.com

*Chapter 7 Trustee of the Estate of Daniel Kris Roglieri*


Dated:  October 9, 2024
     Albany, New York

NOLAN HELLER KAUFFMAN LLP


By: _/s/ Justin A. Heller_
     Justin A. Heller, Esq.
     Matthew M. Zapala, Esq.
     80 North Pearl Street, 11th Floor
     Albany, New York 12207
     (518) 449-3300


PARKER POE ADAMS & BERNSTEIN LLP


     William L. Esser IV, Esq. (pro hac vice)
     620 South Tryon Street
     Suite 800
     Charlotte, North Carolina 28202
     Telephone No.: (704) 335-9507
     Fax No.: (704) 334-4706
     Email:  willesser@parkerpoe.com

*Counsel for Compass-Charlotte 1031, LLC*