O:M138A(02/01/2010)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

In re Prime Capital Ventures, LLC ,   )
      Debtor(s)   )
   )   Case No. 24−10531−1−rel
   )
   )   Chapter 11
Social Security No(s).: , and all Employer's Tax   )
Identification No(s). *[if any]* 87−4340258 ,   )
   )

## CERTIFICATION OF COMPLIANCE

TO THE UNITED STATES DISTRICT COURT CLERK FOR THE NORTHERN DISTRICT OF NEW YORK:

I, Cynthia A. Platt, Clerk of the Bankruptcy Court for the Northern District of New York, do hereby certify to the District Judge the following facts:

    Fact No. 1: All Bankruptcy Rules have been Complied with.

    Fact No. 2: Record on Appeal is complete.


Date: 10/22/24       Cynthia A. Platt
    Clerk of Court


    By: Dawn Simmons
    Deputy Clerk